**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s) / Petittioner(s)

- against -

HAZAQ PSYCHOLOGICAL SERVICES, P.C., ET AL.

Defendant(s) / Respondent(s)

INDEX #: 22-CV-7899
DATE FILED: 12/29/2022
ATTORNEY FILE#: 5100-3629

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 01/03/2023, 08:37AM at 821 NERBURG AVENUE, VALLEY STREAM, NY 11581, deponent served a SUMMONS IN A CIVIL AND COMPLAINT WITH EXHIBITS "1" THROUGH "2" AND CIVIL COVER SHEET on GRIGORY ORENBAKH PH.D., a defendant in the above action.

By delivering a true copy thereof to and leaving with DR. YULIYA VAYNRUB/CO-TENANT, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 01/03/2023 addressed to defendant GRIGORY ORENBAKH PH.D. at 821 NERBURG AVENUE, VALLEY STREAM, NY 11581 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant, GRIGORY ORENBAKH PH.D..

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 49   Approximate height 5'05"   Approximate weight 138   Color of skin WHITE   Color of hair BLONDE   Other ACCENT & NY LICENSE PLATE #'S:DWR7910 &   EKL7873

DR. YULIYA VAYNRUB told the deponent that GRIGORY ORENBAKH PH.D. was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP
926 RXR PLAZA
UNIONDALE, NY 11556-0926
(516)357-3000

TONY CONIGLIARO

Sworn to before me on 01/07/2023
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2025



USPS Certificate of Mailing

From:
P.O. BOX 470
MINEOLA, NY 11501-0470
"Personal & Confidential"

To: Grigory Orenbakh PH.D.
821 Newburg Avenue
Valley Stream, NY 11581

JAN -3 2023

U.S. POSTAGE PAID
PM MINEOLA, NY 11501
JAN 03, 23
AMOUNT $1.75
R2304M111766-08

PS Form 3817, April 2007  PSN 7530-02-000-9065